IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CHRISTOPHER MOORE                                          PLAINTIFF

VS.                             CIVIL ACTION NO. 4:09cv132-TSL-LRA

EAST MISSISSIPPI CORRECTIONAL
FACILITY, ET AL.                                          DEFENDANTS

## **FINAL JUDGMENT**

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to comply with the order of this court.

SO ORDERED AND ADJUDGED, this the  3rd   day of June, 2010.


                                  /s/Tom S. Lee                 
                                  UNITED STATES DISTRICT JUDGE